~~SEALED~~ UNSEALED 3/12/15

FILED
MAR 1 0 2015
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ZACHARY CACHUPE (1),<br>Aka "Richie"<br>ANTHONY GAXIOLA (2)<br>Aka "Squirtle"<br>JOSE JONATHAN GAMEROS (3)<br>Aka "Bambee"<br>Defendants. | Case No.: '15MJ0769<br><br>COMPLAINT FOR VIOLATIONS OF<br><br>Title 18, U.S.C. §1591- Sex Trafficking of a Minor |

The undersigned Complainant, being duly sworn, states:

Count 1

On or about January 6, 2015 thru on or about February 9, 2015, within the Southern District of California, and in and affecting interstate and foreign commerce, defendants ZACHARY CACHUPE, ANTHONY GAXIOLA, and JOSE JONATHAN GAMEROS, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain persons, to wit: female minors (MF1-age 16), (MF2-age15), (MF3-age16), and (MF4-age 17) knowing and in reckless disregard of the fact that the person (1) would be caused to engage in a commercial sex act; and (2) having a reasonable opportunity to observe the person and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years; in violation Title 18, United States Code, Section 1591.

Count 2

On or about February 9, 2015, within the Southern District of California, and in and affecting interstate and foreign commerce, defendant JOSE JONATHAN GAMEROS, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain persons, to wit: minor females (MF2-age 15), (MF4-age 17), (MF5-age 16), and (MF6-age-16) knowing and in reckless disregard of the fact that the person (1) would be caused to engage in a commercial sex act; and (2) having a reasonable opportunity to observe the person and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years; in violation Title 18, United States Code, Section 1591.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

VINCENT BALES, SDPD Detective
Special Deputy-U.S. Marshal

Sworn to me and subscribed in my presence this 10th day of March 2015.

U.S. MAGISTRATE JUDGE

**STATEMENT OF FACTS**

I am a Detective with the San Diego Police Department (SDPD). I have been employed with the San Diego Police Department for over 12 years. I am currently assigned to the Innocence Lost Task Force and have been so assigned for approximately 2 years. My primary duties are to investigate cases involving human trafficking. I have been involved in over 300 human trafficking related investigations including both successful State and Federal prosecutions. I have

testified as a court recognized expert in human trafficking in both State and Federal cases. I am cross-sworn as a Special Deputy U.S. Marshal.

On February 3, 2015 I received a phone call from National City Police Department Patrol Sgt. S. Shephard. Sgt. Shepard explained to me that he was on a medical aid radio call at the Super 8 Motel located at 425 Roosevelt Avenue in National City, County of San Diego, California. Sgt. Shepard believed the occupants of the hotel room were involved prostitution and may be victims in human trafficking. MF1 was transported the hospital. MF2 and MF3 were reported runaways and were transported to National City Police Department.

District Attorney Investigator R. Love, SDPD C. Haughey, and I responded to the National City Police Department. Detective Haughey spoke with MF3 who was uncooperative and was later transported to Polinksy Center. DAI R. Love and I spoke with MF2. MF2 stated she had runaway from home and she had met her boyfriend "Richie" (later identified as ZACHARY CACHUPE) through a mutual friend. MF2 had told CACHUPE she was 17 years old a couple of weeks ago (MF2 is actually only 15 years old). MF2 stated MF4 and Jonathan (later identified as JOSE JONATHAN GAMEROS) tried to get her to prostitute at the Marriot in La Jolla, but MF2 never did. MF2 stated MF1, MF3, and MF4 were doing prostitution at the Marriot. MF2 had two cell phones on her person. MF2 stated the white one was hers and the black one was given to her by CACHUPE. Both phones had a text free application which contained Backpage.com escort advertisements.

Detective C. Haughey and I returned to the National City Police Department where MF1 had been released from the hospital and her father brought her to the police station to talk to us. MF1 met "Squirtle" (later identified as Anthony Gaxiola) through a mutual friend. A couple of weeks ago GAXIOLA picked MF1

up. CACHUPE, MF2, MF3, and MF4 were all in the car. They all went to the Quality Inn in Mira Mesa. MF2, MF3, and MF4 worked as prostitutes that night but MF1 did not. MF1 told GAXIOLA she was 17 years old at the Quality Inn. A week later GAXIOLA contacted MF1 and asked her if she wanted to work. MF1 agreed to do it because she wanted to get a Valentine's Day present for her boyfriend. GAXIOLA took photos of both MF1 and MF3 and GAXIOLA posted the prostitution advertisements on the internet. MF1 made about $400 and split it with GAXIOLA. MF3 gave her money to GAXIOLA also. MF2 split her money with CACHUPE.

National City Police Department, Detective C. Haughey, and I went back to the Super 8 Motel to check the hotel room for additional victims and attempt to locate CACHUPE, GAXIOLA, and GAMEROS. As we walked into the hotel parking lot I saw CACHUPE and GAXIOLA exiting room #229. CACHUPE was carrying a bed sheet full of property. We detained CACHUPE and GAXIOLA at the bottom of the stairs. GAMEROS was sitting in a vehicle which the engine was running. GAMEROS was detained. As I was getting personal information from GAXIOLA he spontaneously said, "I know I am in big trouble I rented a hotel room where minors were prostituting out of. I will tell you whatever you want." Detective C. Haughey got the hotel registry for room #229 and it was in GAXIOLA's name.

CACHUPE, GAMEROS, and GAXIOLA were transported to National City Police Department. CACHUPE, GAMEROS, and GAXIOLA all were advised of their <u>Miranda Rights.</u> All three subjects provided a statement.

GAXIOLA told us his nickname is "Squirtle." Gaxiola and CACHUPE are best friends. MF3 showed MF4 and GAMEROS how to prostitute. Since MF4 already had a man, MF3 asked GAXIOLA and CACHUPE if they wanted to make

money. GAXIOLA and CACHUPE started helping MF3 out a couple of weeks ago. GAXIOLA rented a hotel room at the Bahia where MF1, MF2, MF3, and MF4 did prostitution dates. GAXIOLA thought MF3 was 19 years old, but found out 3 days ago MF3 is only 17 years old. MF3 split her money with GAXIOLA. MF1 gave her money to MF3. GAXIOLA took photos of MF1 and MF3 for their advertisements, and rented the hotel rooms. MF2 was with CACHUPE. MF2 split her money with CACHUPE. MF4 is with GAMEROS, she gives her money to GAMEROS.

GAMEROS told us he met MF4 at a party a couple of weeks ago. MF4 told GAMEROS she was 17 years old a week ago. GAMEROS stated MF4 has done approximately 7 dates since he had actual knowledge of her true age. GAMEROS stated MF4 is a friend that gives him money. GAMEROS protects MF4 while she does her dates. MF4 pays GAMEROS $100 a day for protection. MF4 and GAMEROS are in text message communication while she does her dates. If something goes wrong GAMEROS will intervene. GAMEROS confirmed that MF2 splits her money from dates with CACHUPE and that they all found out MF2 was a minor a week ago. GAMEROS confirmed his nickname is "Bambee."

CACHUPE told us he has been dating MF2 for about a month. MF2 was doing prostitution with MF3 prior to being with CACHUPE. CACHUPE said he found out MF2 was 17 years old a couple of weeks ago. MF2 has had several dates since CACHUPE found out she was a minor. CACHUPE confirmed MF3 splits her money from her dates with GAXIOLA.

All three subjects talked about the females working out of the Bahia Hotel in the Mission Bay area. They also talked about the Marriot in La Jolla. HSI Special Agent M. Nelson went to the Bahia Hotel and recovered a hotel registry in GAXIOLA's name from January 15, 2015. I reviewed the Backpage.com

subpoena and located Backpage.com escort advertisements for MF1, MF2, and MF4 with the in-call location being Mission Bay. The advertisements were set up in the email Jona_buk@yahoo.com. That email address is linked to the Facebook.com account Jonathan Rios. Jonathan Rios is one of the Facebook accounts GAMEROS stated belonged to him. There is a photo of GAMEROS in the profile of the Facebook account and the date of birth in the about section is December 19 which is GAMEROS's date of birth.

I located Backpage.com advertisements for MF1, MF2, and MF4 for in-calls in La Jolla, California. I ran the IP address to the advertisements and the IP address come back to the Marriot in La Jolla.

On February 9, 2015 I located a Backpage.com escort advertisements which had the same photos of MF2 which I recovered in the Backpage.com subpoena. I had Detective J.Serrano call the number and set up an in-call. The female directed to Best Western on Clairemont Drive. Detective Serrano had negotiated a two girl special. Once inside the hotel room Detective Serrano successfully negotiated a sex act for money with MF2, MF4, MF5, and MF6. Gameros was hiding in the bathroom of the hotel room with two uncharged males. All four females, Gameros, and two uncharged males were transported to SDPD Headquarters.

Detective C. Haughey and I spoke with GAMEROS again. GAMEROS said he knew MF2, MF3, and MF4 were minors but that he really needed the money and a place to stay.

Detective C.Haughey and I spoke with MF2. MF2 confirmed that she was with CACHUPE and that she gave her prostitution proceeds to CACHUPE. MF2 said she hadn't seen CACHUPE since the last time we spoke. MF2 said GAMEROS hit her up yesterday and asked her if she wanted to make some money.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.